FLOOD v. JOHNSTON.

CONTRACTS—PUBLIC POLICY—CHAMPERTY AND MAINTENANCE.
  Contract under which third party is to maintain and finance
    litigation for cancellation of oil and gas lease, and to profit
    thereby by receiving lease if litigation is successful, is void
    as against public policy. Controlled by *Fetters* v. *Wittmer Oil
    & Gas Properties, ante,* 310.

.Appeal from Isabella; Hart (Ray), J. Submitted
January 15, 1932. (Docket No. 166, Calendar No.
36,245.) Decided April 6, 1932.

Bill by Peter Flood against Edmund E. Johnston
to cancel an agreement to execute an oil and gas
lease. Decree for plaintiff. Defendant appeals.
Affirmed.

*Gerald J. Cotter, James E. Ryan,* and *Virgil Mc-
Clintic,* for plaintiff.

*O'Keefe & O'Keefe,* for defendant.

SHARPE, J. The contract which plaintiff here
seeks to have canceled and declared null and void
is similar in all respects to that entered into between
Mary Fetters and Johnston in *Fetters* v. *Wittmer
Oil & Gas Properties, ante,* 310. In that case it was
held to be void as against public policy. The decree
of the trial court holding it to be null and void in
this case is affirmed, with costs to appellee.

CLARK, C. J., and McDONALD, POTTER, NORTH,
FEAD, WIEST, and BUTZEL, JJ., concurred.